```
Dotty E. LeMieux sbn 130344
8 Willow Street
San Rafael, CA 94901
415-485-1040
Fax: 415-485-1044
```

FILED
JAN 2 1 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRCT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE NSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MCCULLOUGH, JR and,<br>ALICE PALMER THOMAS<br>Defendant | No. CV 10 4819 CRB<br>Request for telephonic appearance at Case Management Conference<br><br>**ORDER** |

To Plaintiff, Allstate Insurance Company and all attorneys of record:

Defendant Alice Palmer Thomas requests that her attorney Dotty E. LeMieux be permitted to appear by telephone at the Case Management Conference on February 4th, 2011, set for 8:30 AM in the Honorable Charles R. Breyer's courtroom. The reason for this request is that LeMieux lives and practices in the County of Marin and has previously scheduled meetings set for that morning beginning at 9:30 AM, and it would be a hardship to travel to and from San Francisco at that time.

The number she is reachable at at the time of the Case Management Conference is 415-485-9752.

Plaintiff THOMAS' Request for Telephonic Appearance at Case Management Conference          1

Dated: January 18, 2011

                                          Respectfully submitted,

                                          Dotty E. LeMieux
                                          Attorney for Plaintiff

Declaration of Dotty E. LeMieux in support of telephone appearance

I, Dotty E. LeMieux, declare as follows:

1. I am the attorney of record for Alice Palmer Thomas in this case

2. My practice and my home are both in the County of Marin, San Rafael and Fairfax, respectively.

3. I have a previously scheduled 9:30 AM meeting that would be a hardship to postpone.

4. I can be at the phone number provided, 415-485-9752 from 8:30 AM until the end of the Case Management Conference.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge and was executed at San Rafael California on January 18, 2011.

Signed: _____
        Dotty E. LeMieux

Plaintiff THOMAS' Request for Telephonic Appearance at Case Management Conference    2

1  **[PROPOSED] ORDER FOR TELEPHONE APPEARANCE AT CVASE**
2  **MANAGEMENT CONFERENCE**
3  Good cause appearing, Counsel for Alice Palmer Thomas may appear by telephone
4  at the Case Management Conference in the above entitled case.
5  In addition, the Court orders:
6
7  Dated: __Jan. 25, 2011__
8  HON. CHARLES R. BREYER
9  JUDGE                        U.S. DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

27
28  Plaintiff THOMAS' Request for Telephonic Appearance at Case Management Conference    3