MICHAEL BARNES (State Bar No. 121314)
EMILY NOZICK (State Bar No. 201050)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596-7342
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: michael.barnes@snrdenton.com
emily.nozick@snrdenton.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

JACK D. ESKRIDGE (State Bar No. 142057)
GUMBINER & ESKRIDGE LLP
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Telephone: 925-933-5800
Facsimile: 925-933-5837
Email: jack@insuredlaw.com

Attorneys for Defendant
ROBERT McCULLOUGH, JR

DOTTY E. LeMIEUX (State Bar No. 130344)
Law Office
8 Willow Street
San Rafael, CA 94901
Telephone: 415-485-1040
Facsimile: 415-485-1044
Email: coastlaw@earthlink.net

Attorney for Defendant
ALICE PALMER THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT MCCULLOUGH, JR., and ALICE PALMER THOMAS,<br><br>            Defendants. | Case No. C-10-4819 CRB<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON [FED.R.CIV.P. 41(A)(1)]** |

This matter having settled through mediation, the parties hereby agree that the action should be dismissed in its entirety with prejudice, with each party to bear his, her or its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this Stipulation.

**IT IS SO STIPULATED.**

Dated: April 15, 2011        SNR DENTON US LLP

By _____*/s/ MICHAEL BARNES*_____
        MICHAEL BARNES

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated: April __, 2011        GUMBINER & ESKRIDGE LLP

By _____
        JACK D. ESKRIDGE

Attorneys for Defendant
ROBERT MCCULLOUGH, JR.

Dated: April __, 2011

By _____
        DOTTY E. LeMIEUX

Attorney for Defendant
ALICE PALMER THOMAS

**IT IS SO ORDERED.**

Signed: April 18, 2011

_____
Charles R. Breyer
United States

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

Case No. C-10-4819 CRB        -2-        STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL

SNR DENTON US LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600